# Exhibit 6

# YOSEMITE
### INTERIOR LIGHTING



1367-196C-I